ETS 2017R00458

JUL 1 3 2017

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CCB-17-0372 |
| v. | : | |
| | : | (Accessory after the Fact, 18 U.S.C. |
| CALVIN AYRE | : | § 3) |

...oOo...

### INFORMATION

### COUNT ONE
(Accessory after the Fact - Misdemeanor)

The United States Attorney for the District of Maryland charges that:

From in or about June 2005 through in or about December 2011, in the District of Maryland and elsewhere, the defendant,

**CALVIN AYRE**

knowing that an offense against the United States had been committed, to-wit: Transmission of Gambling Information, in violation of Title 18, United States Code, Section 1084, did receive, relieve, comfort, and assist the offender, Bodog Entertainment Group, S.A., an entity that was engaged in the business of wagering and betting, to hinder and prevent the offender's apprehension, trial and punishment.

18 U.S.C. § 3.

Stephen M. Schenning /ets
Stephen M. Schenning
Acting United States Attorney

Date: July 12, 2017

1