```
 1                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND
 2                            NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,    )
            Plaintiff,            )
 4                               )
            vs.                   ) CRIMINAL CASE NO. CCB-12-087
 5                               ) CRIMINAL CASE NO. CCB-17-0372
     CALVIN AYRE,                 ) CIVIL CASE NO. CCB-12-637
 6          Defendant.            )
     _____)
 7

 8                        Friday, July 14, 2017
                              Courtroom 7D
 9                        Baltimore, Maryland

10

            BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
11

12

      INITIAL APPEARANCE - ARRAIGNMENT - GUILTY PLEA - SENTENCING
13

14   For the Plaintiff:

15   Evan Shea, Esquire
     Assistant United States Attorney
16

17   For the Defendant:

18   L. Barrett Boss, Esquire
     R.J. Randall Hordo, Q.C.
19   (Via Telephone)

20   Also Present:

21   Calvin Ayre
     (Via Telephone)
22   _____

23                            Reported by:

24                      Douglas J. Zweizig, RDR, CRR
                        Federal Official Court Reporter
25                      101 W. Lombard Street, 4th Floor
                          Baltimore, Maryland  21201
```

P R O C E E D I N G S

1

2      (8:59 a.m.)

3         **THE COURT:**  Good morning, everyone.  You can be

4  seated, please.

5         **THE DEFENDANT:**  Good morning.

6         **THE COURT:**  Good morning.

7         I'll have the Government call the case and then we can

8  identify everybody, everybody that's either in the courtroom or

9  on the phone.

10        Mr. Shea.

11        **MR. SHEA:**  Good morning, Your Honor.  Evan Shea on

12  behalf of the United States.  Calling the case of the

13  United States v. Calvin Ayre.

14        There are two criminal numbers in this case, one for

15  the indictment, which is Criminal No. CCB-12-087.  And the

16  other is for a recently filed information, which is

17  United States v. Calvin Ayre, CCB-17-0372.

18        We are here for initial appearance, arraignment,

19  guilty plea, and, if acceptable, proceeding straight to

20  sentencing.

21        And I'll let Mr. Boss introduce himself and his

22  client, but I did want to flag for the Court, there is a

23  preliminary matter that I did want to address before we moved

24  into the rest of the proceedings.

25        **THE COURT:**  All right.  That's fine.  We'll do

```
 1    introductions first.
 2            MR. SHEA:  Sure.
 3            THE COURT:  Go ahead.
 4            MR. BOSS:  Good morning, Your Honor.  Barry Boss on
 5    behalf of Mr. Ayre.
 6            And I would note that Mr. Ayre is present
 7    telephonically, along with his Canadian counsel, Randall Hordo,
 8    in Vancouver, and they are present on the telephone pursuant to
 9    Rule 43.
10            THE COURT:  And just for the record, if I could hear
11    from those two individuals.  And my understanding is that
12    Mr. Ayre has waived his right to be physically present at this
13    proceeding and prefers to proceed by telephone, as we are
14    doing.
15            But if I might hear from other counsel and Mr. Ayre.
16            MR. HORDO:  Yes.  Your Honor, good morning.  It's
17    Randall Hordo in Vancouver, Canadian counsel for Mr. Ayre; and
18    with me is Mr. Ayre.
19            THE DEFENDANT:  Good morning, Your Honor.  This is
20    Mr. Calvin Ayre.
21            THE COURT:  All right.  Good morning.
22            And you said there's a preliminary matter, Mr. Shea?
23            MR. SHEA:  Yes, Your Honor.  And I believe it's up
24    with you at the bench.  Part of the plea agreement was that the
25    Government would make a motion to, in a separate but related
```

1    civil forfeiture case against the Web site, bodog.com, make a

2    motion to allow for the substitution of the actual Web site

3    with $100,000 that has been provided by Mr. Ayre to the

4    U.S. Government.

5            We filed it, I think, earlier this week.  It's a

6    consent motion.  And I think I'm speaking correctly for

7    Mr. Boss that everyone would prefer, since it is part of the

8    plea agreement, that that order be entered, if possible, before

9    we proceed to the rest of the proceeding.

10           **THE COURT:**  I have received and reviewed the proposed

11   order, and it indicates that Mr. Ayre would be paying $100,000

12   for the -- essentially in substitution for forfeiture of some

13   property relating to the bodog.com name.

14           Mr. Boss, just for the record, you're satisfied with

15   the amended order of forfeiture and that being entered at this

16   time?

17           **MR. BOSS:**  Yes, Your Honor, we did consent to it.

18           **THE COURT:**  All right.  And Mr. Hordo and Mr. Ayre,

19   the same?

20           **MR. HORDO:**  I'm sorry, it's Randall Hordo.  Yes,

21   Your Honor.

22           **THE DEFENDANT:**  Calvin Ayre.  Yes, Your Honor.

23           **THE COURT:**  All right.  I have entered the amended

24   order of forfeiture, and that is in Civil No. CCB-12-637.  So

25   that will be filed.

1          **MR. SHEA:**  Thank you, Your Honor.  I appreciate it.

2          **THE COURT:**  Okay.

3          **MR. BOSS:**  Your Honor, one preliminary matter on our

4     side.  Just because of the nature of this proceeding, that

5     Mr. Ayre and Mr. Hordo are available telephonically, I know

6     Your Honor at some point will say, "If you have any questions,

7     you can talk to your counsel."

8          We've made an arrangement that if they do need to

9     speak at any point during the colloquy, Mr. Hordo will say so

10    on the record; and then if Your Honor wouldn't mind, we could

11    take a brief recess and I can reach them via cell phone outside

12    the courtroom and come right back in.  I don't expect that will

13    be necessary, but I thought it would be good to have the

14    procedure in place.

15         **THE COURT:**  Yes, thank you.  I appreciate that.  That

16    certainly is ordinarily a part of any sort of arraignment

17    proceedings.  And so, yes, counsel can let me know if there's a

18    need for a recess.

19         **MR. BOSS:**  Thank you, Your Honor.

20         **THE COURT:**  Okay.  All right.  Then otherwise, if

21    we're ready to proceed, we'll ask Mr. Ayre to enter his plea to

22    the information in 17-0372.

23         I'll ask the courtroom deputy to proceed.

24         **THE CLERK:**  Good morning, Mr. Ayre.  Would you please

25    raise your right hand.

1          **THE DEFENDANT:**  This is Mr. Ayre.  My right hand is

2     up, please.

3          **THE CLERK:**  Thank you.

4                         CALVIN AYRE, SWORN.

5          **THE CLERK:**  Thank you.  You can put your hand down.

6          Please state your full name for the record.

7          **THE DEFENDANT:**  Calvin Edward Ayre.

8          **THE CLERK:**  What is your age?

9          **THE DEFENDANT:**  56.

10         **THE CLERK:**  The year you were born?

11         **THE DEFENDANT:**  1961.

12         **THE CLERK:**  Have you read or has the criminal

13    information been read to you?

14         **THE DEFENDANT:**  Yes, I've read the information.

15         **THE CLERK:**  Do you understand the charges placed

16    against you?

17         **THE DEFENDANT:**  Yes, I do.

18         **THE CLERK:**  Mr. Boss and Mr. Hordo, you represent the

19    defendant.  Are you both satisfied that he understands the

20    charges?

21         **MR. BOSS:**  Yes, Your Honor.

22         **MR. HORDO:**  It's Randall Hordo.  Yes, Your Honor.

23         **THE CLERK:**  Thank you.

24         Mr. Ayre, how do you wish to plead as to the one-count

25    information against you?

 1              THE DEFENDANT:  Guilty.

 2              THE CLERK:  The plea is guilty as to the one-count

 3    information; is that correct?

 4              THE DEFENDANT:  That is correct.

 5              THE CLERK:  Thank you.

 6              THE COURT:  All right.  I'm going to proceed.

 7              And, by the way, I see counsel are still standing

 8    here.  You don't need to.  That's fine.  You can be seated.

 9              And the same in Vancouver.  If you're not already

10    seated, it's fine to be seated.

11              But what I need to do, Mr. Ayre, is to ask you a

12    series of questions just to make sure that you know what you're

13    doing.

14              At any point if you don't understand any of my

15    questions or you need a chance to talk to your attorney, please

16    let me know.  We've discussed the procedure for doing that.  If

17    there is any need for consultation with your attorney, just let

18    me know.

19              All right?  Do you understand that?

20              THE DEFENDANT:  Thank you, Your Honor.

21              THE COURT:  All right.  Do you also understand that

22    you're under oath, so if you knowingly give a false answer to

23    any of my questions, you could be prosecuted for false

24    declaration or perjury?

25              THE DEFENDANT:  I -- I am aware.

*Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter*

1       **THE COURT:**  I'm sorry, I couldn't hear that.

2       **THE DEFENDANT:**  I am aware of that, yes.

3       **THE COURT:**  You're aware of that.  Okay.  Good.

4       All right, sir.  How far did you go in school?

5       **THE DEFENDANT:**  I have a Master's degree in finance.

6       **THE COURT:**  I take it you had no difficulty reading

7 and understanding the charge against you and the plea agreement

8 in this case?

9       **THE DEFENDANT:**  That is correct.

10       **THE COURT:**  In the past 24 hours, have you taken any

11 drugs or alcohol or medication of any kind?

12       **THE DEFENDANT:**  No, Your Honor.

13       **THE COURT:**  Any recent treatment for substance abuse

14 or mental health problems?

15       **THE DEFENDANT:**  No, Your Honor.

16       **THE COURT:**  Are you having any difficulty

17 understanding what's going on here today?

18       **THE DEFENDANT:**  No, Your Honor.

19       **THE COURT:**  All right.  The charge that you're

20 pleading guilty to, misdemeanor offense of

21 accessory after the fact to the underlying offense of

22 transmission of gambling information, do you understand there

23 are several elements, several things the Government would have

24 to prove if the case went to trial?  Specifically, they would

25 have to prove that during approximately the time charged in the

1   information, June of 2005 through December of 2011, in Maryland

2   and elsewhere, they would have to prove that the underlying

3   crime, the crime of transmission of wagering information, in

4   violation of the law, had been committed by a representative of

5   Bodog Entertainment Group, a corporation that was engaged in

6   the business of betting and wagering.

7           And then most importantly they'd have to prove that

8   you personally knew that this crime had been committed and that

9   a representative of Bodog Entertainment Group had committed it.

10          And that you thereafter, knowing that, you

11  intentionally -- wasn't an accident; wasn't a mistake -- you

12  received, relieved, comforted, assisted representatives of

13  Bodog Entertainment Group to hinder and prevent

14  Bodog Entertainment Group from being apprehended or tried or

15  punished for the crime of transmission of wagering information,

16  in violation of the law.

17          And to define the underlying crime,

18  "transmission of wagering information," for that the Government

19  would have to prove that Bodog was engaged in the business of

20  betting or wagering on a sporting event; that it participated

21  in a wire communication in which information assisting the

22  placing of bets was transmitted; and that this wire

23  communication in question was made across state lines or from

24  the United States to a foreign country.

25          Do you understand that those are the elements of the

1    offense to which you are pleading guilty?

2          THE DEFENDANT:  Yes, I am aware of all of that,

3    Your Honor.

4          THE COURT:  All right.  In terms of the possible

5    penalties, do you understand that the maximum sentence under

6    the law for this offense is half of the maximum term of

7    imprisonment for the underlying offense, and, therefore, the

8    result is that the maximum penalty for this

9    accessory-after-the-fact offense is one year in prison and a

10   fine of $125,000 or twice your gain or twice the victim's loss

11   from the offense.

12         There's also a special assessment of $25.  And it's

13   possible that you could be ordered to pay restitution.

14         But do you understand that those are the possible

15   penalties for this offense?

16         THE DEFENDANT:  Yes, I am aware of that as well,

17   Your Honor.

18         THE COURT:  All right.  And I'm sorry, I neglected to

19   mention that there could be a term of supervised release of one

20   year.

21         Do you also understand if you were put on supervised

22   release -- and that is ordinarily following a prison term.  But

23   what supervised release just means is that for the period of

24   that supervised release, a person has to obey the rules and

25   regulations of supervised release, not commit any new offense.

1    And if someone were to violate the conditions of supervised

2    release, they can get put back in prison for the full term of

3    the supervised release without getting any credit for the time

4    they were out.

5         Do you understand that's how supervised release works?

6         **THE DEFENDANT:**  Yes, I understand that, Your Honor.

7         **THE COURT:**  Okay.  Do you understand that you're

8    subject to what are called the sentencing guidelines that have

9    been issued by the United States Sentencing Commission?

10   They're advisory, but I need to calculate them and take them

11   into account, deciding on a reasonable sentence in your case,

12   and specifically whether I agree with the disposition that's

13   proposed here.

14        And the guideline range depends on a variety of

15   things:  The type of the offense and your role in the offense;

16   your criminal record, if you had any.  Those kinds of things go

17   into deciding what the Advisory Guideline range is.

18        Do you understand that?

19        **THE DEFENDANT:**  Yes, I understand that, Your Honor.

20        **THE COURT:**  Do you understand that under the law --

21   and this may be changed by your plea agreement -- but under the

22   law, if you think I make a mistake deciding on the sentence,

23   you have the right to appeal the sentence.

24        And the same is true for the Government.  Ordinarily

25   under the law if the Government thinks I make a mistake in

1  deciding on the sentence, then the Government has the right to

2  appeal.

3          Do you understand that also?

4          **THE DEFENDANT:**  Yes, I understand that, Your Honor.

5          **THE COURT:**  All right.  Now, when you plead guilty,

6  sir, you're giving up some very important rights.  I'm sure

7  you've been over that with your counsel, but I need to go

8  through some of this with you, make sure you're giving them up

9  voluntarily.

10          So, first of all, do you understand that you have a

11  right to plead not guilty to this charge?

12          **THE DEFENDANT:**  Yes, I understand that, Your Honor.

13          **THE COURT:**  Do you understand you have a right to a

14  trial by a jury?

15          **THE DEFENDANT:**  Yes, I understand that, Your Honor.

16          **THE COURT:**  Do you understand if you were willing to

17  give up your right to a trial by a jury, and if the Government

18  also was willing to give up its right to a trial by a jury, you

19  could be tried just by a United States District Judge without a

20  jury?

21          **THE DEFENDANT:**  Yes, I am aware of that as well,

22  Your Honor.

23          **THE COURT:**  Do you understand that if you wanted to go

24  to trial, you would continue to have the right to be

25  represented by counsel?  Just as you are now, they would stick

1   with you and at any point if you were not able to afford an

2   attorney, one would be appointed to represent you at the

3   Government's expense?

4           THE DEFENDANT:  I am aware of that, Your Honor.

5           THE COURT:  Do you understand that if you went to

6   trial, you would be presumed innocent, the burden would be on

7   the Government to prove your guilt beyond a reasonable doubt?

8           THE DEFENDANT:  Yes, I am aware of that, Your Honor.

9           THE COURT:  And do you understand if you went to

10  trial, you or your attorney would have the right to

11  cross-examine -- in other words, they could ask questions of

12  any witness who testified against you; and if you went to

13  trial, you would have the right to make people come in and

14  testify on your behalf?  If someone had some helpful evidence

15  to give for you, you could have a summons or subpoena issued to

16  make them come in and testify.

17          THE DEFENDANT:  Yes, I am aware of that, Your Honor.

18          THE COURT:  All right.  Sir, do you also understand

19  that if you went to trial, you personally would have the right

20  to take the witness stand and testify if you wanted to; but if

21  you did not want to testify, for whatever reason, no one could

22  force you or make you testify?

23          THE DEFENDANT:  I am aware of that, Your Honor.

24          THE COURT:  And do you also understand if you decided

25  not to testify, for whatever reason, no one, including the

1    jury, could hold that against you in any way; they could not

2    decide anything bad about your case or specifically that you

3    were guilty just because you decided not to testify?

4            **THE DEFENDANT:**  I am aware of that, Your Honor.

5            **THE COURT:**  And do you understand if you chose to be

6    tried by a jury, in order for you to be convicted, the jury's

7    verdict would have to be unanimous?  There would be 12 jurors,

8    they'd all have to agree that you had been proved guilty beyond

9    a reasonable doubt.

10           **THE DEFENDANT:**  I am aware of that, Your Honor.

11           **THE COURT:**  And do you understand that when you plead

12   guilty, you're giving up each and every one of those rights,

13   there will be no further trial of any kind, and you will be

14   sentenced based on your guilty plea?

15           **THE DEFENDANT:**  Yes, I am aware of that, Your Honor.

16           **THE COURT:**  All right, sir.  And, finally, do you

17   understand that by pleading guilty, you're giving up your right

18   to try to suppress any statements you might have made, keep

19   something out of evidence that might have been taken from you,

20   pretrial motions, in other words, any defense that you might

21   have to this charge, you give it up when you plead guilty.

22           Do you understand that?

23           **THE DEFENDANT:**  Yes, I understand that, Your Honor.

24           **THE COURT:**  All right, sir.  Now, I have in front of

25   me a plea agreement letter.  It's dated June 11th, 2017,

1   addressed to Mr. Boss.  Appears that I have the original and it

2   has been signed by you, Mr. Ayre, as well as by Mr. Boss.

3           Do you have a copy of that letter that you can refer

4   to, Mr. Ayre?

5           THE DEFENDANT:  Yes, I do, Your Honor.

6           THE COURT:  All right.  And did you, in fact, read and

7   sign the letter?

8           THE DEFENDANT:  Yes, I read the entire letter and

9   signed it, Your Honor.

10          THE COURT:  All right.  Directly above your

11  signature -- it's at the end on Page 8, it says, "I have read

12  this agreement, including the sealed supplement, and carefully

13  reviewed every part of it with my attorney.  I understand it

14  and I voluntarily agree to it.  Specifically, I have reviewed

15  the Advisory Guideline stipulation and the statement of facts

16  with my attorney, and I do not wish to change any part of it.

17  I am completely satisfied with the representation of my

18  attorney."

19          Is that all correct, Mr. Ayre?

20          THE DEFENDANT:  Yes, it is correct, Your Honor.

21          THE COURT:  All right.  And specifically regarding the

22  representation that Mr. Boss, as well as Mr. Hordo, have been

23  providing to you, is there anything you think they should have

24  done that they haven't done or anything else you need to ask

25  them about right now?

1    **THE DEFENDANT:**  No.  I am happy with the way things

2    have proceeded, Your Honor.

3    **THE COURT:**  All right.  Let's go back to the beginning

4    of the letter.  I'm just going to summarize it with you.

5    Let me just first ask whether anyone has used any

6    force or made any threats against you or against anyone else to

7    get you to enter into this plea?

8    **THE DEFENDANT:**  No, Your Honor.

9    **THE COURT:**  All right.  The letter says you're

10   pleading guilty to a one-count information charging you with

11   misdemeanor of accessory after the fact to the underlying

12   offense of transmission of gambling information, and you're

13   admitting that you're guilty of that offense.

14   Paragraph 2 tells you what the Government would have

15   to prove if the case went to trial, the elements of the

16   offense, which we've talked about.

17   I'll note, incidentally, the letter says that you're

18   waiving indictment.  In fact, I believe, because this is a

19   misdemeanor offense with a maximum of a year, that Mr. Ayre

20   would not be entitled to an indictment, in any event, but he's

21   willing to proceed with the information.

22   Paragraph 3 outlines the possible penalties for the

23   offense, which we have discussed.

24   And Paragraph 4 discusses the rights that Mr. Ayre is

25   giving up by pleading guilty.  It indicates he recognizes also

that if he is not a citizen of the United States, pleading
guilty may have consequences with respect to his immigration
status.

Paragraph 5 says, Mr. Ayre, that you understand I have
to determine an Advisory Guideline range and take it into
account in connection with sentencing.

Paragraph 6 refers to the statement of facts.  If you
would take a look at that, Mr. Ayre, there is an Attachment A,
statement of facts, which it appears that you've also read and
signed; is that correct?

**THE DEFENDANT:**  Yes, that is correct.

**THE COURT:**  All right.  And it indicates you're
agreeing that the Government could prove, if the case went to
trial, in summary, that from at least June 2005 through about
September 2006, that Bodog Entertainment Group was a company.
It was formed in Costa Rica.  It assisted in the offering of
sports betting over the Internet under the Bodog brand.  That
was through a Web site registered as bodog.com.

The company and the business that it conducted were in
substantially continuous operation for the entire period.

In September 2006 Bodog became inactive as a
Costa Rican corporation, eventually dissolved.  But
sports betting did continue to be offered under that brand, at
least until December of 2011.

It says during at least that period of operation,

1   Bodog provided marketing for the Bodog brand -- I'm saying

2   "Bodog," BEG, Bodog Entertainment Group, SA.

3         And the company had employees located in Costa Rica

4   and elsewhere other than in the United States associated with

5   Bodog who conducted, managed, supervised, directed, owned all

6   or part of the Internet gambling business that's described

7   above.

8         And BEG provided marketing assistance to entities that

9   accepted funds from people located in Maryland and elsewhere,

10  gamblers, to open accounts.  Gamblers used the funds in these

11  accounts to wager money on the outcome of sporting events,

12  hoping to win money.

13        There was -- gamblers with a positive account balance

14  that included winnings from such bets routinely requested a

15  payout of funds by check or electronic funds transferred to

16  another account, and this activity did constitute the business

17  of betting or wagering information on a sporting event.

18        And representatives of the Bodog brand participated in

19  a wire communication in which information assisting the placing

20  of bets was transmitted.  That was made across state lines or

21  from the United States to a foreign country.

22        So you are agreeing that the crime of

23  transmission of wagering information described above had been

24  committed; that a representative of the Bodog brand had

25  committed it; and that you intentionally -- in other words, you

1    knew that -- and intentionally, knowingly you received,

2    relieved, comforted, or assisted representatives of the

3    Bodog brand to hinder and prevent the apprehension, trial, or

4    punishment of representatives of the Bodog brand for that

5    crime, the crime of transmission of wagering information.

6           So, Mr. Ayre, my question is just whether you agree

7    that that statement of facts is correct and you did what it

8    says in there you did?

9           **THE DEFENDANT:**  Yes, Your Honor, I agree that it's

10   correct.

11          **THE COURT:**  And you agree that you're guilty of this

12   offense?

13          **THE DEFENDANT:**  Yes, Your Honor.

14          **THE COURT:**  All right.  Based on that statement of

15   facts, going back to the plea agreement in Paragraph 7, you

16   have an agreement about the guidelines, that the base offense

17   level is 12.  However, there's a six-point reduction because

18   this is an accessory-after-the-fact offense, so it's an offense

19   level of 6.  The Government's not opposing a two-level downward

20   adjustment for your timely acceptance of responsibility.  So

21   that would be an offense level of 4.

22          Now, it says there's no agreement about your criminal

23   history or criminal history category.

24          Let me ask if counsel have discussed any expectation,

25   understanding, tentative thoughts about criminal history?

1      **MR. SHEA:** Your Honor, Evan Shea.  We have not

2  specifically discussed this.  My understanding is that

3  Calvin Ayre is a Criminal History Category I.  But we are

4  also -- and we'll get to this later -- going to ask that the

5  Court dispense with the need for a presentence report.

6      So -- but my understanding is that Mr. Ayre is a

7  Category I.

8      **MR. BOSS:** Yes, Your Honor, that's always been the

9  understanding.  And, in fact, I'm assuming that the Government,

10  in fact, has run a record check for Mr. Ayre and can confirm

11  that there is no record of prior criminal convictions that

12  they're aware of either.  Thus, he would be appropriately

13  Criminal History Category I.

14      **THE COURT:** All right.  That's fine.  Thank you.

15      All right.  Paragraph 10 indicates that you have an

16  agreed-upon disposition in this case:  A sentence of one-year

17  unsupervised probation and a fine of $500,000, which represents

18  twice the gain to the defendant is the appropriate disposition

19  of this case.

20      Now, I don't have to accept that; but if I don't,

21  either side could set aside this agreement, and specifically

22  Mr. Ayre would have the right to withdraw his guilty plea.

23      And I guess, as indicated -- and we'll get to this

24  later -- but it is, indeed, my understanding that both counsel

25  and Mr. Ayre wish to proceed to sentencing so long as I'm

1    willing to accept this agreement and certainly waive a

2    presentence report at this point.  And we can talk about

3    waiving it afterwards as well.

4             But that's correct?

5             **MR. BOSS:**  Yes, that is correct, Your Honor.

6             **MR. SHEA:**  That's correct, Your Honor, yes.

7             **THE COURT:**  All right.

8             **THE DEFENDANT:**  Calvin Ayre.  Yes, that's correct,

9    Your Honor.

10            **THE COURT:**  All right.  Paragraph 11 relates to

11   forfeiture and simply indicates that Mr. Ayre has not made and

12   will not make any claim to the approximately $66 million that

13   were seized in forfeited funds listed in Exhibit 1 to this

14   agreement.

15        Paragraph 12 indicates the U.S. Attorney will recommend a

16   sentence of one-year probation and a fine of $500,000 and would

17   move to dismiss Counts 1 and 2 of the indictment that is now

18   pending against Mr. Ayre and Bodog Entertainment Group.

19        Paragraph 13 indicates that the U.S. Attorney agrees the

20   probation would be unsupervised because Mr. Ayre is neither a

21   citizen nor a resident of the United States.

22        In addition, the mandatory drug-testing requirement should

23   be waived, again, because Mr. Ayre is not physically present in

24   the United States and there's low risk of future substance

25   abuse by Mr. Ayre.

1    The U.S. Attorney is unaware of any losses suffered by

2  third parties, so there's no basis for an order of restitution.

3    Paragraph 14 relates to agreeing not to arrest Mr. Ayre if

4  he entered the United States to enter this plea, but we are

5  doing this by way of telephone conference call.

6    And Paragraph 15, in fact, indicates that the

7  U.S. Attorney did not oppose a request to do the arraignment,

8  plea, and sentencing by teleconference.  Obviously, Mr. Ayre

9  agrees with that as well.

10    And immediately after sentencing, the U.S. Attorney agrees

11  to rescind any Red Notice or other arrest warrants that may

12  have issued seeking Mr. Ayre's arrest and to take appropriate

13  steps to inform other agencies within the Government that he is

14  no longer a fugitive.

15    Paragraph 17 relates to the amended forfeiture order we

16  discussed at the beginning of the proceeding.  It said that if

17  Mr. Ayre arranged an additional payment of $100,000 at or

18  before the sentencing, which apparently he has done, then the

19  U.S. Attorney would seek an amended forfeiture order,

20  substituting that $100,000 for the domain name "bodog.com,"

21  transferring that domain name to individuals or entities

22  designated by the defendant.

23    Paragraph 18 says both sides have the right to give me any

24  information that would be helpful in connection with

25  sentencing.

1       Paragraph 19 relates to appeal rights.  And, first of all,

2   Mr. Ayre is giving up his right to appeal his conviction; in

3   other words, his guilty plea today is his conviction of this

4   misdemeanor offense, and he's giving up his right to appeal

5   that.

6       And then the next paragraph indicates that both sides are

7   giving up any right that they might have ordinarily to appeal

8   the sentence except that the defendant's keeping his right to

9   appeal any sentence more severe than one-year probation.  And

10  it says "or," but I think that's "and" a $500,000 fine.

11      And the U.S. Attorney is reserving the right to appeal if

12  there was a sentence less severe than a year probation and a

13  $500,000 fine.

14      Mr. Ayre could still use Rule 35 to correct some technical

15  error in the judgment.  It says he's giving up his rights under

16  the Freedom of Information Act.  Just means he won't be asking

17  for more documents about the case.

18      Paragraph 20 indicates that in the unlikely event Mr. Ayre

19  were to break the plea agreement between now and sentencing, in

20  that case, if the Government proved that, it would be free of

21  his obligations to him under this agreement and could make

22  different recommendations, for example.

23      Paragraph 21 explains the Court's not a party to the

24  agreement.  I don't have to accept this agreement; but if I

25  don't, Mr. Ayre would have the chance to withdraw his guilty

1  plea.

2      And then it says that's the complete plea agreement in

3  this case, together with the sealed supplement.

4      Now, we have a policy in this district of having a sealed

5  supplement in every case discussing cooperation, whether or not

6  a defendant is cooperating, so what I'm about to say will

7  remain under seal if a transcript of the proceeding is ordered.

8                    Conference at the bench.

9      (It is the policy of this court that every guilty plea and

10  sentencing proceeding include a bench conference concerning

11  whether the defendant is or is not cooperating.)

12      **THE COURT:**  And that appears to be the complete

13  agreement.

14      Anything that needs to be added, modified, commented

15  upon?

16      **MR. SHEA:**  Not from the Government, Your Honor.

17      **MR. BOSS:**  Not from the defense, Your Honor.

18      **THE COURT:**  Okay.  Mr. Ayre, most important, I didn't

19  read this whole document word for word, but as far as you're

20  concerned, was that a correct summary of what you think your

21  agreement with the Government is?

22      **THE DEFENDANT:**  Yes, Your Honor.

23      **THE COURT:**  Let me ask it another way:  Is there

24  anything else that's been promised to you?  Any reward, any

25  benefit, anything you expect to get in exchange for your guilty

1  plea besides what's in the letter?

2          **THE DEFENDANT:**  No, Your Honor.

3          **THE COURT:**  Okay.  Any questions at all, Mr. Ayre, for

4  me or for your counsel about your guilty plea or the terms of

5  your plea agreement?

6          **THE DEFENDANT:**  No, Your Honor.  I'm satisfied.

7          **THE COURT:**  All right.  Well, based on your answers

8  and my conversation with counsel and my review of the record,

9  Mr. Ayre, I'm going to find that you're competent to enter this

10  guilty plea.  I believe you understand the charge against you

11  and the penalties you're subject to.

12          I'll find that you understand the rights you're giving

13  up by pleading guilty; that you're doing this voluntarily; and

14  there is a factual basis for your entry of the plea.  So I'm

15  accepting your plea of guilty to the one-count information.

16          As indicated, counsel and Mr. Ayre wanted to proceed

17  to sentencing and in that regard did file a sentencing

18  memorandum which I have reviewed.

19          Let me see.  There is, as indicated, the

20  responsibility of calculating the Advisory Guideline range.

21  I've reviewed what's in the plea agreement with a base offense

22  level reduced to six points and a two-level reduction for

23  acceptance of responsibility, it's an offense level of 4.

24          So certainly at an offense level of 4, criminal

25  history category, even certainly at a Level I, but for that

1   matter even at a Level II or III -- which I don't have any

2   reason to expect -- but if that were the case, it would still

3   be a guideline range of zero to six months, which encompasses a

4   probationary sentence.  But that is the guideline range, I

5   believe.

6          Mr. Shea, I'm happy to hear from you about anything

7   you want to add on the reasons for the Government's recommended

8   disposition in this case.

9          **MR. SHEA:**  Your Honor, I'll be very, very brief

10  because I don't have anything to add that's not -- that wasn't

11  submitted with the written joint submission.

12         But really three things are the basis, in our view of

13  this case.

14         First, it provides finality for a case that otherwise

15  would most likely remain dormant with the defendant out of the

16  country and provides for criminal culpability for what the

17  Government views as the most culpable individual in this

18  conduct.

19         And three, it's, as laid out, very consistent with the

20  other sentences for the gambling cases that have been

21  prosecuted around the country.

22         So for those three reasons, Your Honor, the Government

23  submits that the sentence is an appropriate disposition of this

24  case.

25         **THE COURT:**  Okay.  What is the status of the

1    proposed -- the $500,000 fine in terms of paying it?

2           **MR. SHEA:**  I'll let Mr. Boss speak to that, but my

3    understanding is he has a check in his possession that he is

4    intending to walk to the Clerk's Office as soon as the judgment

5    is entered.

6           **MR. BOSS:**  That is correct, Your Honor.

7           And, Your Honor, I might add also, the Court might

8    want to just put on the record, pursuant to Rule 32(c)1(A)(ii),

9    that the Court finds that the information on the record enables

10   it to meaningfully exercise its sentencing authority under

11   18 U.S.C., Section 3553, and that you explain that finding on

12   the record for purposes of waiving the presentence report,

13   which both sides are requesting.

14          **THE COURT:**  Sure.  I'm happy to make that finding, and

15   I do on the record.  It will also be a part of the judgment.

16          And, again, as I've indicated for the record, I did

17   have the benefit of the sentencing memorandum in advance, as

18   well as reviewing the record of the case.  So I'm in agreement

19   that there's not a need for a presentence report in this case.

20          **MR. BOSS:**  Thank you, Your Honor.

21          **MR. SHEA:**  Thank you, Your Honor.

22          **THE COURT:**  But I'm happy to hear from you, Mr. Boss,

23   or from Mr. Hordo or whoever.

24          **MR. BOSS:**  Your Honor, on behalf of Mr. Ayre, I think

25   we've set forth in the memorandum the facts we felt were

1    salient for the Court to consider.

2         I would just note that, you know, Mr. Ayre has a

3    tremendous record of generosity and contribution to charitable

4    efforts worldwide.

5         And the sentence that is being imposed is actually an

6    upward departure with regard to the fine range, and certainly

7    sufficient but not greater than necessary under 3553.  We'd ask

8    the Court to impose the agreed-upon sentence.

9         **THE COURT:**  Okay.  Mr. Ayre, if there is anything that

10   you would like to say before I make a final decision about the

11   sentence, you have the right to do that.  You don't have to.  I

12   won't hold it against you if you don't.  But I need to tell you

13   that you have the right to speak if you'd like to.

14        **THE DEFENDANT:**  I have nothing further to add,

15   Your Honor.

16        **THE COURT:**  Okay.  Well, thank you, all, again.

17        Obviously, I did review all of this before coming in

18   here, and I agree that the recommended disposition makes sense

19   in this case for several reasons.

20        First of all, considering the factor of the Advisory

21   Guideline range, it's clearly -- that it's clear that a

22   sentence, a probationary sentence is within the guideline

23   range.

24        I agree with the Government that there is a great

25   benefit to bringing this matter to some final resolution, which

1   would likely be quite difficult without Mr. Ayre's voluntary

2   cooperation, since he is outside of the country.

3          It does result in some criminal culpability for what

4   was criminal conduct, and that is now being admitted.

5          I do think, based on my own familiarity and looking at

6   some of the matters reviewed in the sentencing memorandum, that

7   this sentence is consistent, so I'm avoiding disparity with

8   other defendants in similar cases.

9          And I do think that the willingness to pay a

10  significant fine, as indicated here, also is a factor that

11  weighs in favor of this being a sufficient without

12  greater-than-necessary sentence in this case, Mr. Ayre's giving

13  up -- has never made and is giving up any claim to the money

14  that was forfeited, and, again, in addition, is paying a

15  significant fine represented to be more than twice what he's

16  gained from this.

17         And there is no indication, of course, that he has any

18  prior criminal activity or anything of that nature that would

19  suggest a problem with recidivism.

20         So considering all those factors, I will waive the

21  presentence report.  I'm going to impose a sentence of one year

22  of unsupervised probation.

23         There is a required $25 special assessment that I will

24  also impose and a fine of $500,000.

25         And in light of its being a probationary sentence,

1 | obviously there is no term of supervised release or anything

2 | like that following.

3 |      And I think that is a reasonable sentence for the

4 | reasons I have explained.

5 |      We have the forfeiture order entered as well.

6 |      Is there anything I have left out?  Anything I have

7 | not addressed about that sentence?

8 |      **MR. SHEA:**  Two things from the Government, Your Honor.

9 |      One is just to -- although it is subject to the plea

10 | agreement, remind the defendant he has the right to appeal

11 | within 14 days.

12 |      **THE COURT:**  Oh, I will do that at the end, yes.

13 |      **MR. SHEA:**  And second, Your Honor, the Government

14 | moves to dismiss Counts 1 and 2 of the indictment in

15 | Case 12-087 as to both Mr. Ayre and Bodog Entertainment Group,

16 | SA.

17 |      **THE COURT:**  And that will, I think, close that entire

18 | criminal case; is that right?

19 |      **MR. SHEA:**  It will, Your Honor.

20 |      **THE COURT:**  Okay.  Mr. Boss, anything else?

21 |      **MR. BOSS:**  Nothing further, Your Honor.

22 |      I would just note, there might be a little confusion

23 | as to the case numbers, because the plea agreement was entered

24 | in 12-087.  And on the check to pay the fine, we wrote

25 | "12-087," not contemplating there would be a new case number.

1    So I just wanted to put on the record, in case there's

2 ever a question down the road, that the fine will be paid, and

3 hopefully it will be reflected on both dockets.

4    **THE COURT:**  Yes.  And you might want to, therefore,

5 add the information number, just handwrite it in on the check

6 so it does get reflected in both cases.

7    Okay.  All right.  Mr. Ayre, in light of the plea

8 agreement and the sentence, I'm not sure, actually, there's

9 anything you have a right to appeal from; but if you were going

10 to be noting an appeal, that would need to be within 14 days.

11    Do you understand that, sir?

12    **THE DEFENDANT:**  Yes, Your Honor.

13    **THE COURT:**  All right.  Counsel, we'll get the

14 judgment prepared.  It may -- I mean, the information has to be

15 filed, the judgment has to be prepared, signed.  So I will

16 leave it to you to figure out with the Clerk's Office just

17 exactly how quickly that check can be deposited.  But I'll sign

18 a judgment order once I have it.

19    Okay.  Here's the original.

20    Okay.  Anything else at this point?

21    **MR. SHEA:**  No, Your Honor.  Thank you.

22    **MR. BOSS:**  No.  Thank you, Your Honor.

23    **THE COURT:**  All right.

24    **THE DEFENDANT:**  Thank you, Your Honor.

25    **THE COURT:**  Thank you, all.

1        (Matter concluded at 9:40 a.m.)

2        I, Douglas J. Zweizig, RDR, CRR, do hereby certify that

3   the foregoing is a correct transcript from the stenographic

4   record of proceedings in the above-entitled matter.

5

                            _____/s/_____

6

7                           Douglas J. Zweizig, RDR, CRR
                            Registered Diplomate Reporter
                            Certified Realtime Reporter
8                           Federal Official Court Reporter

9                              DATE:  August 28, 2017

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100,000 [4] 4/3 4/11 22/17 22/20
$125,000 [1] 10/10
$25 [2] 10/12 29/23
$500,000 [6] 20/17 21/16 23/10 23/13 27/1 29/24
$66 [1] 21/12
$66 million [1] 21/12

**/**

/s [1] 32/5

**0**

0372 [3] 1/5 2/17 5/22
087 [5] 1/4 2/15 30/15 30/24 30/25

**1**

10 [1] 20/15
101 [1] 1/24
11 [1] 21/10
11th [1] 14/25
12 [3] 14/7 19/17 21/15
12-087 [2] 30/24 30/25
13 [1] 21/19
14 [4] 1/8 22/3 30/11 31/10
15 [1] 22/6
17 [1] 22/15
17-0372 [1] 5/22
18 [1] 22/23
18 U.S.C [1] 27/11
19 [1] 23/1
1961 [1] 6/11

**2**

20 [1] 23/18
2005 [2] 9/1 17/14
2006 [2] 17/15 17/21
2011 [2] 9/1 17/24
2017 [3] 1/8 14/25 32/9
21 [1] 23/23
21201 [1] 1/25
24 [1] 8/10
28 [1] 32/9

**3**

32 [1] 27/8
35 [1] 23/14
3553 [2] 27/11 28/7

**4**

43 [1] 3/9
4th [1] 1/24

**5**

56 [1] 6/9

**6**

637 [2] 1/5 4/24

**7**

7D [1] 1/8

**8**

8:59 a.m [1] 2/2

**9**

9:40 a.m [1] 32/1

**A**

a.m [2] 2/2 32/1

able [1] 13/1
above [16] 14/3 15/25 16/16
17/14 19/16 19/22 19/25 21/2
23/17 24/6 25/4 26/6 28/10 30/7
above [4] 15/10 18/7 18/23 32/4
above-entitled [1] 32/4
abuse [2] 8/13 21/25
accept [3] 20/20 21/1 23/24
acceptable [1] 2/19
acceptance [2] 19/20 25/23
accepted [1] 18/9
accepting [1] 25/15
accessory [4] 8/21 10/9 16/11 19/18
accessory after the fact [2] 8/21 16/11
accessory-after-the-fact [2] 10/9 19/18
accident [1] 9/11
account [4] 11/11 17/6 18/13 18/16
accounts [2] 18/10 18/11
across [2] 9/23 18/20
Act [1] 23/16
activity [2] 18/16 29/18
actual [1] 4/2
actually [2] 28/5 31/8
add [5] 26/7 26/10 27/7 28/14 31/5
added [1] 24/14
addition [2] 21/22 29/14
additional [1] 22/17
address [1] 2/23
addressed [2] 15/1 30/7
adjustment [1] 19/20
admitted [1] 29/4
admitting [1] 16/13
advance [1] 27/17
advisory [6] 11/10 11/17 15/15
17/5 25/20 28/20
afford [1] 13/1
after [5] 8/21 10/9 16/11 19/18
22/10
afterwards [1] 21/3
again [4] 21/23 27/16 28/16
29/14
against [11] 4/1 6/16 6/25 8/7
13/12 14/1 16/6 16/6 21/18
25/10 28/12
age [1] 6/8
agencies [1] 22/13
agree [8] 11/12 14/8 15/14 19/6
19/9 19/11 28/18 28/24
agreed [2] 20/16 28/8
agreed-upon [2] 20/16 28/8
agreeing [3] 17/13 18/22 22/3
agreement [25] 3/24 4/8 8/7
11/21 14/25 15/12 19/15 19/16
19/22 20/21 21/1 21/14 23/19
23/21 23/24 23/24 24/2 24/13
24/21 25/5 25/21 27/18 30/10
30/23 31/8
agrees [3] 21/19 22/9 22/10
ahead [1] 3/3
alcohol [1] 8/11
all [43]
allow [1] 4/2
along [1] 3/7
already [1] 7/9
also [15] 1/19 7/21 10/12 10/21
12/3 12/18 13/18 13/24 16/25
17/9 20/4 27/7 27/15 29/10

29/24
although [1] 30/40
always [1] 20/8
am [14] 7/25 8/2 10/2 10/16
12/21 13/4 13/8 13/17 13/23
14/4 14/10 14/15 15/17 16/1
amended [4] 4/15 4/23 22/15
22/19
AMERICA [1] 1/3
another [2] 18/16 24/23
answer [1] 7/22
answers [1] 25/7
any [37]
anyone [2] 16/5 16/6
anything [16] 14/2 15/23 15/24
24/14 24/24 24/25 26/6 26/10
28/9 29/18 30/1 30/6 30/6 30/20
31/9 31/20
apparently [1] 22/18
appeal [11] 11/23 12/2 23/1
23/2 23/4 23/7 23/9 23/11 30/10
31/9 31/10
appearance [2] 1/12 2/18
appears [3] 15/1 17/9 24/12
appointed [1] 13/2
appreciate [2] 5/1 5/15
apprehended [1] 9/14
apprehension [1] 19/3
appropriate [3] 20/18 22/12
26/23
appropriately [1] 20/12
approximately [2] 8/25 21/12
are [20] 2/14 2/18 3/8 3/13 5/5
6/19 7/7 8/16 8/23 9/25 10/1
10/14 11/8 12/25 18/22 20/3
22/4 23/6 26/12 27/13
around [1] 26/21
arraignment [4] 1/12 2/18 5/16
22/7
arranged [1] 22/17
arrangement [1] 5/8
arrest [3] 22/3 22/11 22/12
as [31] 3/13 6/24 7/2 10/16
12/21 12/25 15/2 15/2 15/22
15/22 17/18 17/21 20/23 20/25
21/3 22/9 24/19 24/19 25/16
25/19 26/17 26/19 27/4 27/4
27/16 27/17 27/18 29/10 30/5
30/15 30/23
aside [1] 20/21
ask [10] 5/21 5/23 7/11 13/11
15/24 16/5 19/24 20/4 24/23
28/7
asking [1] 23/16
assessment [2] 10/12 29/23
assistance [1] 18/8
Assistant [1] 1/15
assisted [3] 9/12 17/16 19/2
assisting [2] 9/21 18/19
associated [1] 18/4
assuming [1] 20/9
Attachment [1] 17/8
Attachment A [1] 17/8
attorney [15] 1/15 7/15 7/17
13/2 13/10 15/13 15/16 15/18
21/15 21/19 22/1 22/7 22/10
22/19 23/11
August [1] 32/9
authority [1] 27/10
available [1] 5/5
avoiding [1] 29/7
aware [14] 7/25 8/2 8/3 10/2

34
Case 1:17-cr-00372-CCB Document 11 Filed 08/28/17 Page 34 of 40

**A**

aware... [10] 10/16 12/21 13/4
  13/8 13/17 13/23 14/4 14/10
  14/15 20/12
AYRE [58]
Ayre's [3] 22/12 29/1 29/12

**B**

back [4] 5/12 11/2 16/3 19/15
bad [1] 14/2
balance [1] 18/13
Baltimore [2] 1/9 1/25
Barrett [1] 1/17
Barry [1] 3/4
Barry Boss [1] 3/4
base [2] 19/16 25/21
based [4] 14/14 19/14 25/7 29/5
basis [3] 22/2 25/14 26/12
be [49]
became [1] 17/21
because [8] 5/4 14/3 16/18
  19/17 21/20 21/23 26/10 30/23
been [14] 4/3 6/13 9/4 9/8 11/9
  12/7 14/8 14/19 15/2 15/22
  18/23 20/8 24/24 26/20
before [6] 1/10 2/23 4/8 22/18
  28/10 28/17
BEG [2] 18/2 18/8
beginning [2] 16/3 22/16
behalf [4] 2/12 3/5 13/14 27/24
being [6] 4/15 9/14 28/5 29/4
  29/11 29/25
believe [4] 3/23 16/18 25/10
  26/5
bench [1] 3/24 24/8 24/10
benefit [3] 24/25 27/17 28/25
besides [1] 25/1
bets [3] 9/22 18/14 18/20
betting [5] 9/6 9/20 17/17
  17/23 18/17
between [1] 23/19
beyond [2] 13/7 14/8
BLAKE [1] 1/10
Bodog [19] 9/5 9/9 9/13 9/14
  9/19 17/15 17/17 17/21 18/1
  18/1 18/2 18/2 18/5 18/18 18/24
  19/3 19/4 21/18 30/15
Bodog brand [6] 17/17 18/1
  18/18 18/24 19/3 19/4
Bodog Entertainment Group [8]
  9/5 9/9 9/13 9/14 17/15 18/2
  21/18 30/15
bodog.com [4] 4/1 4/13 17/18
  22/20
born [1] 6/10
Boss [12] 1/17 2/21 3/4 4/7
  4/14 6/18 15/1 15/2 15/22 27/2
  27/22 30/20
both [8] 6/19 20/24 22/23 23/6
  27/13 30/15 31/3 31/6
brand [7] 17/17 17/23 18/1
  18/18 18/24 19/3 19/4
break [1] 23/19
brief [2] 5/11 26/9
bringing [1] 28/25
burden [1] 13/6
business [5] 9/6 9/19 17/19
  18/6 18/16

**C**

calculate [1] 11/10
calculating [1] 25/20
Calculations [1] 2/7 22/5
called [1] 11/8
Calling [1] 2/12
CALVIN [10] 1/5 1/20 2/13 2/17
  3/20 4/22 6/4 6/7 20/3 21/8
CALVIN AYRE [6] 1/5 1/20 4/22
  6/4 20/3 21/8
Calvin Edward Ayre [1] 6/7
can [12] 2/3 2/7 5/7 5/11 5/17
  6/5 7/8 11/2 15/3 20/10 21/2
  31/17
Canadian [2] 3/7 3/17
carefully [1] 15/12
case [33]
Case 12-087 [1] 30/15
cases [3] 26/20 29/8 31/6
category [5] 19/23 20/3 20/7
  20/13 25/25
Category I [2] 20/3 20/13
CATHERINE [1] 1/10
CCB [6] 1/4 1/5 1/5 2/15 2/17
  4/24
CCB-12-087 [1] 1/4
CCB-12-637 [1] 1/5 4/24
CCB-17-0372 [2] 1/5 2/17
cell [1] 5/11
cell phone [1] 5/11
certainly [5] 5/16 21/1 25/24
  25/25 28/6
Certified [1] 32/7
certify [1] 32/2
chance [2] 7/15 23/25
change [1] 15/16
changed [1] 11/21
charge [5] 8/7 8/19 12/11 14/21
  25/10
charged [1] 8/25
charges [2] 6/15 6/20
charging [1] 16/10
charitable [1] 28/3
check [6] 18/15 20/10 27/3
  30/24 31/5 31/17
chose [1] 14/5
citizen [2] 17/1 21/21
civil [3] 1/5 4/1 4/24
claim [2] 21/12 29/13
clear [1] 28/21
clearly [1] 28/21
Clerk's [2] 27/4 31/16
Clerk's Office [1] 27/4
client [1] 2/22
close [1] 30/17
colloquy [1] 5/9
come [3] 5/12 13/13 13/16
comforted [2] 9/12 19/2
coming [1] 28/17
commented [1] 24/14
Commission [1] 11/9
commit [1] 10/25
committed [5] 9/4 9/8 9/9 18/24
  18/25
communication [2] 9/21 9/23
  18/19
company [3] 17/15 17/19 18/3
competent [1] 25/9
complete [2] 24/2 24/12
completely [1] 15/17
concerned [1] 24/20
concerning [1] 24/10
concluded [1] 32/1
conditions [1] 11/1
conduct [2] 26/18 29/4
conducted [1] 27/19
confer [1] 18/5
conference [3] 22/5 24/8 24/10
confirm [1] 20/10
confusion [1] 30/22
connection [2] 17/6 22/24
consent [2] 4/6 4/17
consequences [1] 17/2
consider [1] 28/1
considering [2] 28/20 29/20
consistent [2] 26/19 29/7
constitute [1] 18/16
consultation [1] 7/17
contemplating [1] 30/25
continue [2] 12/24 17/23
continuous [1] 17/20
contribution [1] 28/3
conversation [1] 25/8
convicted [1] 14/6
conviction [2] 23/2 23/3
convictions [1] 20/11
cooperating [2] 24/6 24/11
cooperation [2] 24/5 29/2
copy [1] 15/3
corporation [2] 9/5 17/22
correct [17] 7/3 7/4 8/9 15/19
  15/20 17/10 17/11 19/7 19/10
  21/4 21/5 21/6 21/8 23/14 24/20
  27/6 32/3
correctly [1] 4/6
Costa [3] 17/16 17/22 18/3
Costa Rica [2] 17/16 18/3
Costa Rican [1] 17/22
could [15] 3/10 5/10 7/23 10/13
  10/19 12/19 13/11 13/15 13/21
  14/1 14/1 17/13 20/21 23/14
  23/21
couldn't [1] 8/1
counsel [14] 3/7 3/15 3/17 5/7
  5/17 7/7 12/7 12/25 19/24 20/24
  25/4 25/8 25/16 31/13
count [4] 6/24 7/2 16/10 25/15
country [5] 9/24 18/21 26/16
  26/21 29/2
Counts [2] 21/17 30/14
Counts 1 [2] 21/17 30/14
course [1] 29/17
court [10] 1/1 1/24 2/22 20/5
  24/9 27/7 27/9 28/1 28/8 32/8
Court's [1] 23/23
courtroom [4] 1/8 2/8 5/12 5/23
credit [1] 11/3
crime [8] 9/3 9/3 9/8 9/15 9/17
  18/22 19/5 19/5
criminal [18] 1/4 1/5 2/14 2/15
  6/12 11/16 19/22 19/23 19/25
  20/3 20/11 20/13 25/24 26/16
  29/3 29/4 29/18 30/18
Criminal No. CCB-12-087 [1]
  2/15
cross [1] 13/11
cross-examine [1] 13/11
CRR [3] 1/23 32/2 32/6
culpability [2] 26/16 29/3
culpable [1] 26/17

**D**

DATE [1] 32/9
dated [1] 14/25
days [2] 30/11 31/10
December [2] 9/1 17/24
decide [1] 14/2

## D

decided [2]   13/24 14/3
deciding [4]   11/11 11/17 11/22
 12/1
decision [1]   28/10
declaration [1]   7/24
defendant [9]   1/6 1/16 6/19
 20/18 22/22 24/6 24/11 26/15
 30/10
defendant's [1]   23/8
defendants [1]   29/8
defense [2]   14/20 24/17
define [1]   9/17
degree [1]   8/5
departure [1]   28/6
depends [1]   11/14
deposited [1]   31/17
deputy [1]   5/23
described [2]   18/6 18/23
designated [1]   22/22
determine [1]   17/5
did [14]   2/22 2/23 4/17 8/4
 13/21 15/6 17/23 18/16 19/7
 19/8 22/7 25/17 27/16 28/17
didn't [1]   24/18
different [1]   23/22
difficult [1]   29/1
difficulty [2]   8/6 8/16
Diplomate [1]   32/7
directed [1]   18/5
Directly [1]   15/10
discussed [5]   7/16 16/23 19/24
 20/2 22/16
discusses [1]   16/24
discussing [1]   24/5
dismiss [2]   21/17 30/14
disparity [1]   29/7
dispense [1]   20/5
disposition [6]   11/12 20/16
 20/18 26/8 26/23 28/18
dissolved [1]   17/22
district [4]   1/1 1/1 12/19 24/4
District Judge [1]   12/19
DIVISION [1]   1/2
do [41]
dockets [1]   31/3
document [1]   24/19
documents [1]   23/17
does [2]   29/3 31/6
doing [5]   3/14 7/13 7/16 22/5
 25/13
domain [2]   22/20 22/21
domain name [2]   22/20 22/21
don't [11]   5/12 7/8 7/14 20/20
 20/20 23/24 23/25 26/1 26/10
 28/11 28/12
done [3]   15/24 15/24 22/18
dormant [1]   26/15
doubt [2]   13/7 14/9
Douglas [3]   1/23 32/2 32/6
down [2]   6/5 31/2
downward [1]   19/19
drug [1]   21/22
drug-testing [1]   21/22
drugs [1]   8/11
during [3]   5/9 8/25 17/25

## E

each [1]   14/12
earlier [1]   4/5
Edward [1]   6/7

efforts [1]   28/4
either [3]   2/8 29/12 29/21
electronic [1]   18/15
elements [3]   8/23 9/25 16/15
else [5]   15/24 16/6 24/24 30/20
 31/20
elsewhere [3]   9/2 18/4 18/9
employees [1]   18/3
enables [1]   27/9
encompasses [1]   26/3
end [2]   15/11 30/12
engaged [2]   9/5 9/19
enter [4]   5/21 16/7 22/4 25/9
entered [7]   4/8 4/15 4/23 22/4
 27/5 30/5 30/23
Entertainment [8]   9/5 9/9 9/13
 9/14 17/15 18/2 21/18 30/15
entire [3]   15/8 17/20 30/17
entities [2]   18/8 22/21
entitled [2]   16/20 32/4
entry [1]   25/14
error [1]   23/15
Esquire [2]   1/15 1/17
essentially [1]   4/12
Evan [1]   1/15 2/11 20/1
Evan Shea [3]   1/15 2/11 20/1
even [2]   25/25 26/1
event [4]   9/20 16/20 18/17
 23/18
events [1]   18/11
eventually [1]   17/22
ever [1]   31/2
every [4]   14/12 15/13 24/5 24/9
everybody [2]   2/8 2/8
everyone [2]   2/3 4/7
evidence [2]   13/14 14/19
exactly [1]   31/17
examine [1]   13/11
example [1]   23/22
except [1]   23/8
exchange [1]   24/25
exercise [1]   27/10
Exhibit [1]   21/13
Exhibit 1 [1]   21/13
expect [3]   5/12 24/25 26/2
expectation [1]   19/24
expense [1]   13/3
explain [1]   27/11
explained [1]   30/4
explains [1]   23/23

## F

fact [9]   8/21 10/9 15/6 16/11
 16/18 19/18 20/9 20/10 22/6
factor [2]   28/20 29/10
factors [1]   29/20
facts [6]   15/15 17/7 17/9 19/7
 19/15 27/25
factual [1]   25/14
false [2]   7/22 7/23
familiarity [1]   29/5
far [2]   8/4 24/19
favor [1]   29/11
Federal [2]   1/24 32/8
felt [1]   27/25
figure [1]   31/16
file [1]   25/17
filed [4]   2/16 4/5 4/25 31/15
final [2]   28/10 28/25
finality [1]   26/14
finally [1]   14/16
finance [1]   8/5

find [2]   25/9 25/12
finding [2]   25/27/14
finds [1]   27/9
fine [16]   2/25 7/8 7/10 10/10
 20/14 20/17 21/16 23/10 23/13
 27/1 28/6 29/10 29/15 29/24
 30/24 31/2
first [6]   3/1 12/10 16/5 23/1
 26/14 28/20
flag [1]   2/22
Floor [1]   1/24
following [1]   10/22 30/2
force [2]   13/22 16/6
foregoing [1]   32/3
foreign [2]   9/24 18/21
foreign country [1]   18/21
forfeited [1]   21/13 29/14
forfeiture [8]   4/1 4/12 4/15
 4/24 21/11 22/15 22/19 30/5
formed [1]   17/16
forth [1]   27/25
free [1]   23/20
Freedom [1]   23/16
Friday [1]   1/8
front [1]   14/24
fugitive [1]   22/14
full [2]   6/6 11/2
funds [5]   18/9 18/10 18/15
 18/15 21/13
further [3]   14/13 28/14 30/21
future [1]   21/24

## G

gain [2]   10/10 20/18
gained [1]   29/16
gamblers [3]   18/10 18/10 18/13
gambling [4]   8/22 16/12 18/6
 26/20
generosity [1]   28/3
get [7]   11/2 16/7 20/4 20/23
 24/25 31/6 31/13
getting [1]   11/3
give [6]   7/22 12/17 12/18 13/15
 14/21 22/23
giving [2]   12/6 12/8 14/12
 14/17 16/25 23/2 23/4 23/7
 23/15 25/12 29/12 29/13
go [6]   3/3 8/4 11/16 12/7 12/23
 16/3
going [8]   7/6 8/17 16/4 19/15
 20/4 25/9 29/21 31/9
good [11]   2/3 2/5 2/6 2/11 3/4
 3/16 3/19 3/21 5/13 5/24 8/3
Government [22]   2/7 3/25 4/4
 8/23 9/18 11/24 11/25 12/1
 12/17 13/7 16/14 17/13 20/9
 22/13 23/20 24/16 24/21 26/17
 26/22 28/24 30/8 30/13
Government's [3]   13/3 19/19
 26/7
great [1]   28/24
greater [2]   28/7 29/12
greater-than-necessary [1]
 29/12
Group [8]   9/5 9/9 9/13 9/14
 17/15 18/2 21/18 30/15
guess [1]   20/23
guideline [9]   11/14 11/17 15/15
 17/5 25/20 26/3 26/4 28/21
 28/22
guidelines [2]   11/8 19/16
guilt [1]   13/7

Case 1:17-cr-00372-JPB Document 111 Filed 08/28/17 Page 36 of 40

**G**

guilty [28]   1/12 2/13 7/1 7/2
  8/20 10/1 12/5 12/11 14/3 14/8
  14/12 14/14 14/17 14/21 16/10
  16/13 16/25 17/2 19/11 20/22
  23/3 23/25 24/9 24/25 25/4
  25/10 25/13 25/15

**H**

had [10]   8/6 9/4 9/8 9/9 11/16
  13/14 14/8 18/3 18/23 18/24
half [1]   10/6
hand [3]   5/25 6/1 6/5
handwrite [1]   31/5
happy [4]   16/1 26/6 27/14 27/22
has [17]   3/12 4/3 6/12 10/24
  12/1 15/2 16/5 20/10 21/11
  22/18 27/3 28/2 29/13 29/17
  30/10 31/14 31/15
have [66]
haven't [1]   15/24
having [2]   8/16 24/4
he [13]   6/19 16/25 17/1 20/12
  22/4 22/13 22/18 23/16 27/3
  27/3 29/2 29/17 30/10
he's [4]   16/20 23/4 23/15 29/15
health [1]   8/14
hear [5]   3/10 3/15 8/1 26/6
  27/22
helpful [2]   13/14 22/24
here [6]   2/18 7/8 8/17 11/13
  28/18 29/10
Here's [1]   31/19
hereby [1]   32/2
him [1]   23/21
himself [1]   2/21
hinder [2]   9/13 19/3
his [16]   2/21 3/7 3/12 5/21
  17/2 20/22 23/2 23/2 23/3 23/3
  23/4 23/8 23/15 23/21 23/25
  27/3
history [6]   19/23 19/23 19/25
  20/3 20/13 25/25
hold [2]   14/1 28/12
Honor [68]
HONORABLE [1]   1/10
hopefully [1]   31/3
hoping [1]   18/12
Hordo [11]   1/18 3/7 3/17 4/18
  4/20 5/5 5/9 6/18 6/22 15/22
  27/23
hours [1]   8/10
how [4]   6/24 8/4 11/5 31/17
However [1]   19/17

**I**

I'll [8]   2/7 2/21 5/23 16/17
  25/12 26/9 27/2 31/17
I'm [21]   4/6 4/20 7/6 8/1 10/18
  12/6 16/4 18/1 20/9 20/25 24/6
  25/6 25/9 25/14 26/6 27/14
  27/18 27/22 29/7 29/21 31/8
I've [3]   6/14 25/21 27/16
identify [1]   2/8
ii [2]   26/1 27/8
III [1]   26/1
immediately [1]   22/10
immigration [1]   17/2
important [2]   12/6 24/18
importantly [1]   9/7
impose [3]   28/8 29/21 29/24

imposed [1]   28/5
imprisonment [1]   10/7
inactive [1]   17/21
incidentally [1]   16/17
include [1]   24/10
included [1]   18/14
including [2]   13/25 15/12
indeed [1]   20/24
indicated [5]   20/23 25/16 25/19
  27/16 29/10
indicates [10]   4/11 16/25 17/12
  20/15 21/11 21/15 21/19 22/6
  23/6 23/18
indication [1]   29/17
indictment [5]   2/15 16/18 16/20
  21/17 30/14
individual [1]   26/17
individuals [3]   3/11 22/21
inform [1]   22/13
information [25]   2/16 5/22 6/13
  6/14 6/25 7/3 8/22 9/1 9/3 9/15
  9/18 9/21 16/10 16/12 16/21
  18/17 18/19 18/23 19/5 22/24
  23/16 25/15 27/9 31/5 31/14
initial [1]   1/12 2/18
innocent [1]   13/6
intending [1]   27/4
intentionally [3]   9/11 18/25
  19/1
Internet [2]   17/17 18/6
Internet gambling [1]   18/6
introduce [1]   2/21
introductions [1]   3/1
is [92]
issued [3]   11/9 13/15 22/12
it [54]
it's [15]   3/16 3/23 4/5 4/20
  6/22 7/10 10/12 14/25 15/11
  19/9 19/18 25/23 26/19 28/21
  28/21
its [3]   12/18 27/10 29/25

**J**

joint [1]   26/11
JUDGE [2]   1/10 12/19
judgment [6]   23/15 27/4 27/15
  31/14 31/15 31/18
July [1]   1/8
June [3]   9/1 14/25 17/14
June 11th [1]   14/25
June 2005 [1]   17/14
jurors [1]   14/7
jury [6]   12/14 12/17 12/18
  12/20 14/1 14/6
jury's [1]   14/6
just [20]   3/10 4/14 5/4 7/12
  7/17 10/23 12/19 12/25 14/3
  16/4 16/5 19/6 23/16 27/8 28/2
  30/9 30/22 31/1 31/5 31/16

**K**

keep [1]   14/18
keeping [1]   23/8
kind [2]   8/11 14/13
kinds [1]   11/16
knew [2]   9/8 19/1
know [6]   5/5 5/17 7/12 7/16
  7/18 28/2
knowing [1]   9/10
knowingly [2]   7/22 19/1

**L**

L. [1]   1/17

L. Barrett Boss [1]   1/17
laid [1]   26/19
later [2]   20/4 20/24
law [6]   9/4 9/16 10/6 11/20
  11/22 11/25
least [3]   17/14 17/24 17/25
leave [1]   31/16
left [1]   30/6
less [1]   23/12
let [9]   2/21 5/17 7/16 7/17
  16/5 19/24 24/23 25/19 27/2
Let's [1]   16/3
letter [8]   14/25 15/3 15/7 15/8
  16/4 16/9 16/17 25/1
level [10]   19/17 19/19 19/19
  19/21 25/22 25/22 25/23 25/24
  25/25 26/1
Level I [1]   25/25
Level II or [1]   26/1
light [2]   29/25 31/7
like [3]   28/10 28/13 30/2
likely [2]   26/15 29/1
lines [1]   9/23 18/20
listed [1]   21/13
little [1]   30/22
located [2]   18/3 18/9
Lombard [1]   1/24
long [1]   20/25
longer [1]   22/14
look [1]   17/8
looking [1]   29/5
loss [1]   10/10
losses [1]   22/1
low [1]   21/24

**M**

made [7]   5/8 9/23 14/18 16/6
  18/20 21/11 29/13
make [13]   3/25 4/1 7/12 11/22
  11/25 12/8 13/13 13/16 13/22
  21/12 23/21 27/14 28/10
makes [1]   28/18
managed [1]   18/5
mandatory [1]   21/22
marketing [2]   18/1 18/8
MARYLAND [5]   1/1 1/9 1/25 9/1
  18/9
Master's [1]   8/5
Master's degree [1]   8/5
matter [7]   2/23 3/22 5/3 26/1
  28/25 32/1 32/4
matters [1]   29/6
maximum [4]   10/5 10/6 10/8
  16/19
may [4]   11/21 17/2 22/11 31/14
me [11]   3/18 5/17 7/16 7/18
  14/25 16/5 19/24 22/23 24/23
  25/4 25/19
mean [1]   31/14
meaningfully [1]   27/10
means [2]   10/23 23/16
medication [1]   8/11
memorandum [4]   25/18 27/17
  27/25 29/6
mental [1]   8/14
mention [1]   10/19
might [9]   3/15 14/18 14/19
  14/20 23/7 27/7 27/7 30/22 31/4
million [1]   21/12
mind [1]   5/10
misdemeanor [4]   8/20 16/11
  16/19 23/4

**M**

mistake [3]   9/11 11/22 11/25
modified [1]   24/14
money [3]   18/11 18/12 29/13
months [1]   26/3
more [3]   23/9 23/17 29/15
morning [9]   2/3 2/5 2/6 2/11
 3/4 3/16 3/19 3/21 5/24
most [4]   9/7 24/18 26/15 26/17
motion [3]   3/25 4/2 4/6
motions [1]   14/20
move [1]   21/17
moved [1]   2/23
moves [1]   30/14
Mr [1]   3/15
Mr. [70]
Mr. Ayre [47]
Mr. Ayre's [3]   22/12 29/1 29/12
Mr. Boss [10]   2/21 4/7 4/14
 6/18 15/1 15/2 15/22 27/2 27/22
 30/20
Mr. Calvin Ayre [1]   3/20
Mr. Hordo [6]   4/18 5/5 5/9 6/18
 15/22 27/23
Mr. Shea [3]   2/10 3/22 26/6
my [15]   3/11 6/1 7/14 7/23
 15/13 15/16 15/17 19/6 20/2
 20/6 20/24 25/8 25/8 27/2 29/5

**N**

name [4]   4/13 6/6 22/20 22/21
nature [2]   5/4 29/18
necessary [3]   5/13 28/7 29/12
need [13]   5/8 5/18 7/8 7/11
 7/15 7/17 11/10 12/7 15/24 20/5
 27/19 28/12 31/10
needs [1]   24/14
neglected [1]   10/18
neither [1]   21/20
never [1]   29/13
new [2]   10/25 30/25
next [1]   23/6
no [23]   1/4 1/5 1/5 4/24 8/6
 8/12 8/15 8/18 13/21 13/25
 14/13 16/1 16/8 19/22 20/11
 22/2 22/14 25/2 25/6 29/17 30/1
 31/21 31/22
No. [1]   2/15
NORTHERN [1]   1/2
not [29]   7/9 10/25 12/11 13/1
 13/21 13/25 14/1 14/3 15/16
 16/20 17/1 19/19 20/1 21/11
 21/12 21/23 22/7 23/23 24/5
 24/5 24/11 24/16 24/17 26/10
 27/19 28/7 30/7 30/25 31/8
note [4]   3/6 16/17 28/2 30/22
nothing [2]   28/14 30/21
Notice [1]   22/11
noting [1]   31/10
now [10]   12/5 12/25 14/24 15/25
 19/22 20/20 21/17 23/19 24/4
 29/4
number [2]   30/25 31/5
numbers [2]   2/14 30/23

**O**

oath [1]   7/22
obey [1]   10/24
obligations [1]   23/21
obviously [3]   22/8 28/17 30/1
offense [25]   8/20 8/21 10/1

 10/6 10/7 10/9 10/11 10/15
 10/25 13/15 14/15 16/20 16/23
 16/16 16/19 16/23 19/12 19/16
 19/18 19/18 19/21 23/4 25/21
 25/23 25/24
offered [1]   17/23
offering [1]   17/16
Office [2]   27/4 31/16
Official [1]   1/24 32/8
Oh [1]   30/12
Okay [13]   5/2 5/20 8/3 11/7
 24/18 25/3 26/25 28/9 28/16
 30/20 31/7 31/19 31/20
once [1]   31/18
one [17]   2/14 5/3 6/24 7/2 10/9
 10/19 13/2 13/21 13/25 14/12
 16/10 20/16 21/16 23/9 25/15
 29/21 30/9
one-count [4]   6/24 7/2 16/10
 25/15
one-year [3]   20/16 21/16 23/9
open [1]   18/10
operation [2]   17/20 17/25
oppose [1]   22/7
opposing [1]   19/19
order [10]   4/8 4/11 4/15 4/24
 14/6 22/2 22/15 22/19 30/5
 31/18
ordered [2]   10/13 24/7
ordinarily [4]   5/16 10/22 11/24
 23/7
original [2]   15/1 31/19
other [11]   2/16 3/15 13/11
 14/20 18/4 18/25 22/11 22/13
 23/3 26/20 29/8
otherwise [1]   5/20 26/14
our [2]   5/3 26/12
out [6]   11/4 14/19 26/15 26/19
 30/6 31/16
outcome [1]   18/11
outlines [1]   16/22
outside [2]   5/11 29/2
over [2]   12/7 17/17
own [1]   29/5
owned [1]   18/5

**P**

Page [1]   15/11
Page 8 [1]   15/11
paid [1]   31/2
paragraph [18]   16/14 16/22
 16/24 17/4 17/7 19/15 20/15
 21/10 21/15 21/19 22/3 22/6
 22/15 22/23 23/1 23/6 23/18
 23/23
Paragraph 10 [1]   20/15
Paragraph 11 [1]   21/10
Paragraph 12 [1]   21/15
Paragraph 13 [1]   21/19
Paragraph 14 [1]   22/3
Paragraph 15 [1]   22/6
Paragraph 17 [1]   22/15
Paragraph 18 [1]   22/23
Paragraph 19 [1]   23/1
Paragraph 2 [1]   16/14
Paragraph 20 [1]   23/18
Paragraph 21 [1]   23/23
Paragraph 3 [1]   16/22
Paragraph 4 [1]   16/24
Paragraph 5 [1]   17/4
Paragraph 6 [1]   17/7
Paragraph 7 [1]   19/15

part [7]   3/24 4/7 5/16 15/13
 15/16 18/6 27/15
participated [2]   9/20 18/18
parties [1]   22/2
party [1]   23/23
past [1]   8/10
pay [2]   10/13 29/9 30/24
paying [3]   4/11 27/1 29/14
payment [2]   22/17
payout [1]   18/15
penalties [4]   10/5 10/15 16/22
 25/11
penalty [1]   10/8
pending [1]   21/18
people [2]   13/13 18/9
period [3]   10/23 17/20 17/25
perjury [1]   7/24
person [1]   10/24
personally [2]   9/8 13/19
phone [2]   2/9 5/11
physically [2]   3/12 21/23
place [1]   5/14
placed [1]   6/15
placing [2]   9/22 18/19
Plaintiff [2]   1/3 1/14
plea [30]   1/12 2/19 3/24 4/8
 5/21 7/2 8/7 11/21 14/14 14/25
 16/7 19/15 20/22 22/4 22/8 23/3
 23/19 24/1 24/2 24/9 25/1 25/4
 25/5 25/10 25/14 25/15 25/21
 30/9 30/23 31/7
plead [5]   6/24 12/5 12/11 14/11
 14/21
pleading [7]   8/20 10/1 14/17
 16/10 16/25 17/1 25/13
please [5]   2/4 5/24 6/2 6/6
 7/15
point [6]   5/6 5/9 7/14 13/1
 19/17 21/2 31/20
points [1]   25/22
policy [2]   24/4 24/9
positive [1]   18/13
possession [1]   27/3
possible [5]   4/8 10/4 10/13
 10/14 16/22
prefer [1]   4/7
prefers [1]   3/13
preliminary [3]   2/23 3/22 5/3
prepared [2]   31/14 31/15
present [5]   1/19 3/6 3/8 3/12
 21/23
presentence [5]   20/5 21/2 27/12
 27/19 29/21
presumed [1]   13/6
pretrial [1]   14/20
prevent [2]   9/13 19/3
prior [2]   20/11 29/18
prison [3]   10/9 10/22 11/2
probation [6]   20/17 21/16 21/20
 23/9 23/12 29/22
probationary [3]   26/4 28/22
 29/25
problem [1]   29/19
problems [1]   8/14
procedure [2]   5/14 7/16
proceed [8]   3/13 4/9 5/21 5/23
 7/6 16/21 20/25 25/16
proceeded [1]   16/2
proceeding [7]   2/19 3/13 4/9
 5/4 22/16 24/7 24/10
proceedings [3]   2/24 5/17 32/4
promised [1]   24/24

**P**

property [1]   47/13
proposed [3]   4/10 11/13 27/1
prosecuted [2]   7/23 26/21
prove [8]   8/24 8/25 9/2 9/7
 9/19 13/7 16/15 17/13
proved [2]   14/8 23/20
provided [3]   4/3 18/1 18/8
provides [2]   26/14 26/16
providing [1]   15/23
punished [1]   9/15
punishment [1]   19/4
purposes [1]   27/12
pursuant [2]   3/8 27/8
put [5]   6/5 10/21 11/2 27/8
 31/1

**Q**

Q.C [1]   1/18
question [3]   9/23 19/6 31/2
questions [6]   5/6 7/12 7/15
 7/23 13/11 25/3
quickly [1]   31/17
quite [1]   29/1

**R**

R.J. [1]   1/18
R.J. Randall Hordo [1]   1/18
raise [1]   5/25
Randall [5]   1/18 3/7 3/17 4/20
 6/22
Randall Hordo [4]   3/7 3/17 4/20
 6/22
range [9]   11/14 11/17 17/5
 25/20 26/3 26/4 28/6 28/21
 28/23
RDR [3]   1/23 32/2 32/6
reach [1]   5/11
read [8]   6/12 6/13 6/14 15/6
 15/8 15/11 17/9 24/19
reading [1]   8/6
ready [1]   5/21
really [1]   26/12
Realtime [1]   32/7
reason [3]   13/21 13/25 26/2
reasonable [4]   11/11 13/7 14/9
 30/3
reasons [4]   26/7 26/22 28/19
 30/4
received [3]   4/10 9/12 19/1
recent [1]   8/13
recently [1]   2/16
recess [2]   5/11 5/18
recidivism [1]   29/19
recognizes [1]   16/25
recommend [1]   21/15
recommendations [1]   23/22
recommended [2]   26/7 28/18
record [17]   3/10 4/14 5/10 6/6
 11/16 20/10 20/11 25/8 27/8
 27/9 27/12 27/15 27/16 27/18
 28/3 31/1 32/4
Red [1]   22/11
Red Notice [1]   22/11
reduced [1]   25/22
reduction [2]   19/17 25/22
refer [1]   15/3
refers [1]   17/7
reflected [2]   31/3 31/6
regard [2]   25/17 28/6
regarding [1]   15/21

registered [2]   17/18 32/7
regulations [1]   10/25
related [1]   3/25
relates [4]   21/10 22/3 22/15
 23/1
relating [1]   4/13
release [6]   10/19 10/22 10/23
 10/24 10/25 11/2 11/3 11/5 30/1
relieved [1]   9/12 19/2
remain [2]   24/7 26/15
remind [1]   30/10
report [5]   20/5 21/2 27/12
 27/19 29/21
Reported [1]   1/22
Reporter [4]   1/24 32/7 32/7
 32/8
represent [2]   6/18 13/2
representation [2]   15/17 15/22
representative [3]   9/4 9/9
 18/24
representatives [4]   9/12 18/18
 19/2 19/4
represented [2]   12/25 29/15
represents [1]   20/17
request [2]   22/7
requested [1]   18/14
requesting [1]   27/13
required [1]   29/23
requirement [1]   21/22
rescind [1]   22/11
reserving [1]   23/11
resident [1]   21/21
resolution [1]   28/25
respect [1]   17/2
responsibility [3]   19/20 25/20
 25/23
rest [2]   2/24 4/9
restitution [2]   10/13 22/2
result [2]   10/8 29/3
review [2]   25/8 28/17
reviewed [6]   4/10 15/13 15/14
 25/18 25/21 29/6
reviewing [1]   27/18
reward [1]   24/24
Rica [2]   17/16 18/3
Rican [1]   17/22
right [59]
rights [6]   12/6 14/12 16/24
 23/1 23/15 25/12
risk [1]   21/24
road [1]   31/2
role [1]   11/15
routinely [1]   18/14
Rule [1]   3/9 23/14 27/8
Rule 32 [1]   27/8
Rule 35 [1]   23/14
Rule 43 [1]   3/9
rules [1]   10/24
run [1]   20/10

**S**

SA [2]   18/2 30/16
said [2]   3/22 22/16
salient [1]   28/1
same [3]   4/19 7/9 11/24
satisfied [4]   4/14 6/19 15/17
 25/6
say [4]   5/6 5/9 24/6 28/10
saying [1]   18/1
says [11]   15/11 16/9 16/17 17/4
 17/25 19/8 19/22 22/23 23/10
 23/15 24/2

school [1]   8/4
sealed [3]   15/12 24/3 24/4
seated [4]   2/4 7/8 7/10 7/10
second [1]   30/13
Section [1]   27/11
Section 3553 [1]   27/11
see [2]   7/7 25/19
seek [1]   22/19
seeking [1]   22/12
seized [1]   21/13
sense [1]   28/18
sentence [24]   10/5 11/11 11/22
 11/23 12/1 20/16 21/16 23/8
 23/9 23/12 26/4 26/23 28/5 28/8
 28/11 28/22 28/22 29/7 29/12
 29/21 29/25 30/3 30/7 31/8
sentenced [1]   14/14
sentences [1]   26/20
sentencing [17]   1/12 2/20 11/8
 11/9 17/6 20/25 22/8 22/10
 22/18 22/25 23/19 24/10 25/17
 25/17 27/10 27/17 29/6
Sentencing Commission [1]   11/9
separate [1]   3/25
September [2]   17/15 17/21
September 2006 [2]   17/15 17/21
series [1]   7/12
set [2]   20/21 27/25
several [3]   8/23 8/23 28/19
severe [2]   9/23 23/12
Shea [6]   1/15 2/10 2/11 3/22
 20/1 26/6
should [2]   15/23 21/22
side [2]   5/4 20/21
sides [3]   22/23 23/6 27/13
sign [2]   15/7 31/17
signature [1]   15/11
signed [4]   15/2 15/9 17/10
 31/15
significant [2]   29/10 29/15
similar [1]   29/8
simply [1]   21/11
since [2]   4/7 29/2
sir [6]   8/4 12/6 13/18 14/16
 14/24 31/11
site [3]   4/1 4/2 17/18
six [3]   19/17 25/22 26/3
six-point [1]   19/17
so [22]   4/24 5/9 5/17 7/22
 12/10 18/22 19/6 19/18 19/20
 20/6 20/25 22/2 24/6 25/14
 25/24 26/22 27/18 29/7 29/20
 31/1 31/6 31/15
some [9]   4/12 5/6 12/6 12/8
 13/14 23/14 28/25 29/3 29/6
someone [2]   11/1 13/14
something [1]   14/19
soon [1]   27/4
sorry [3]   4/20 8/1 10/18
sort [1]   5/16
speak [3]   5/9 27/2 28/13
speaking [1]   4/6
special [2]   10/12 29/23
specifically [7]   8/24 11/12
 14/2 15/14 15/21 20/2 20/21
sporting [3]   9/20 18/11 18/17
sporting event [1]   18/17
sporting events [1]   18/11
sports [2]   17/17 17/23
sports betting [2]   17/17 17/23
stand [1]   13/20

**S**

standing [1]   7/7
state [3]   6/6 9/23 18/20
state lines [1]   18/20
statement [5]   15/15 17/7 17/9 19/7 19/14
statement of facts [2]   17/7 19/7
statements [1]   14/18
STATES [15]   1/1 1/3 1/15 2/12 2/13 2/17 9/24 11/9 12/19 17/1 18/4 18/21 21/21 21/24 22/4
status [2]   17/3 26/25
stenographic [1]   32/3
steps [1]   22/13
stick [1]   12/25
still [3]   7/7 23/14 26/2
stipulation [1]   15/15
straight [1]   2/19
Street [1]   1/24
subject [3]   11/8 25/11 30/9
submission [1]   26/11
submits [1]   26/23
submitted [1]   26/11
subpoena [1]   13/15
substance [2]   8/13 21/24
substantially [1]   17/20
substituting [1]   22/20
substitution [2]   4/2 4/12
such [1]   18/14
suffered [1]   22/1
sufficient [2]   28/7 29/11
suggest [1]   29/19
summarize [1]   16/4
summary [2]   17/14 24/20
summons [1]   13/15
supervised [10]   10/19 10/21 10/23 10/24 10/25 11/1 11/3 11/5 18/5 30/1
supplement [3]   15/12 24/3 24/5
suppress [1]   14/18
sure [6]   3/2 7/12 12/6 12/8 27/14 31/8
SWORN [1]   6/4

**T**

take [7]   5/11 8/6 11/10 13/20 17/5 17/8 22/12
taken [2]   8/10 14/19
talk [3]   5/7 7/15 21/2
talked [1]   16/16
technical [1]   23/14
teleconference [1]   22/8
telephone [5]   1/18 1/21 3/8 3/13 22/5
telephonically [2]   3/7 5/5
tell [1]   28/12
tells [1]   16/14
tentative [1]   19/25
term [5]   10/6 10/19 10/22 11/2 30/1
terms [3]   10/4 25/4 27/1
testified [1]   13/12
testify [7]   13/14 13/16 13/20 13/21 13/22 13/25 14/3
testing [1]   21/22
than [6]   18/4 23/9 23/12 28/7 29/12 29/15
thank [16]   5/1 5/15 5/19 6/3 6/5 6/23 7/5 7/20 20/14 27/20 27/21 28/16 31/21 31/22 31/24

31/25
that's [15]   2/8 2/25 7/8 11/5 11/12 18/6 20/8 20/14 21/4 21/6 21/8 23/10 24/2 24/24 26/10
them [6]   5/11 11/10 11/10 12/8 13/16 15/25
then [8]   2/7 5/10 5/20 9/7 12/1 22/18 23/6 24/2
there [24]   2/14 2/22 7/17 8/22 10/19 14/7 14/13 15/23 17/8 18/13 19/8 20/11 23/12 24/23 25/14 25/19 28/9 28/24 29/17 29/23 30/1 30/6 30/22 30/25
there's [10]   3/22 5/17 10/12 19/17 19/22 21/24 22/2 27/19 31/1 31/8
thereafter [1]   9/10
therefore [2]   10/7 31/4
these [1]   18/10
they [12]   3/8 5/8 8/24 9/2 11/2 11/4 12/25 13/11 14/1 15/23 15/24 23/7
they'd [2]   9/7 14/8
they're [2]   11/4 20/12
things [6]   8/23 11/15 11/16 16/1 26/12 30/8
think [11]   4/5 4/6 11/22 15/23 23/10 24/20 27/24 29/5 29/9 30/3 30/17
thinks [1]   11/25
third [1]   22/2
third parties [1]   22/2
this [56]
those [7]   3/11 9/25 10/14 11/16 14/12 26/22 29/20
thought [2]   5/13
thoughts [1]   19/25
threats [1]   16/6
three [3]   26/12 26/19 26/22
through [4]   9/1 12/8 17/14 17/18
Thus [1]   20/12
time [3]   4/16 8/25 11/3
timely [1]   19/20
today [2]   8/17 23/3
together [1]   24/3
transcript [2]   24/7 32/3
transferred [1]   18/15
transferring [1]   22/21
transmission [7]   8/22 9/3 9/15 9/18 16/12 18/23 19/5
transmission of gambling information [2] 8/22 16/12
transmission of wagering information [3] 9/3 9/15 9/18 18/23 19/5
transmitted [2]   9/22 18/20
treatment [1]   8/13
tremendous [1]   28/3
trial [13]   8/24 12/14 12/17 12/18 12/24 13/6 13/10 13/13 13/19 14/13 16/15 17/14 19/3
tried [3]   9/14 12/19 14/6
true [1]   11/24
try [1]   14/18
twice [4]   10/10 10/10 20/18 29/15
two [5]   2/14 3/11 19/19 25/22 30/8
two-level [2]   19/19 25/22
type [1]   11/15

**U**

U.S. [8]   4/4 21/15 21/19 22/1 22/7 22/10 22/19 23/11
U.S. Attorney [7]   21/15 21/19 22/1 22/7 22/10 22/19 23/11
U.S. Government [1]   4/4
U.S.C [1]   27/11
unanimous [1]   14/7
unaware [1]   22/1
under [12]   7/22 10/5 11/20 11/21 11/25 17/17 17/23 23/15 23/21 24/7 27/10 28/7
underlying [5]   8/21 9/2 9/17 10/7 16/11
understand [37]
understanding [9]   3/11 8/7 8/17 19/25 20/2 20/6 20/9 20/24 27/3
understands [1]   6/19
UNITED [15]   1/1 1/3 1/15 2/12 2/13 2/17 9/24 11/9 12/19 17/1 18/4 18/21 21/21 21/24 22/4
United States [10]   2/12 9/24 11/9 12/19 17/1 18/4 18/21 21/21 21/24 22/4
United States v. Calvin Ayre [2] 2/13 2/17
unlikely [1]   23/18
unsupervised [3]   20/17 21/20 29/22
until [1]   17/24
up [17]   3/23 6/2 12/6 12/8 12/17 12/18 14/12 14/17 14/21 16/25 23/2 23/4 23/7 23/15 25/13 29/13 29/13
upon [3]   20/16 24/15 28/8
upward [1]   28/6
use [1]   23/14
used [2]   16/5 18/10

**V**

v. [2]   2/13 2/17
Vancouver [3]   3/8 3/17 7/9
variety [1]   11/14
verdict [1]   14/7
very [4]   12/6 26/9 26/19
via [1]   1/18 1/21 5/11
victim's [1]   10/10
view [1]   26/12
views [1]   26/17
violate [1]   11/1
violation [2]   9/4 9/16
voluntarily [3]   12/9 15/14 25/13
voluntary [1]   29/1

**W**

wager [1]   18/11
wagering [8]   9/3 9/6 9/15 9/18 9/20 18/17 18/23 19/5
wagering information [1]   18/17
waive [2]   21/1 29/20
waived [2]   3/12 21/23
waiving [3]   16/18 21/3 27/12
walk [1]   27/4
want [6]   2/22 2/23 13/21 26/7 27/8 31/4
wanted [4]   12/23 13/20 25/16 31/1
warrants [1]   22/11
was [17]   3/24 9/5 9/19 9/22 9/23 12/18 17/15 17/16 17/18

**W**

was... [8]   18/13 18/20 18/20
  23/12 24/20 29/4 29/14 30/23
wasn't [3]   9/11 9/11 26/10
way [5]   7/7 14/1 16/1 22/5
  24/23
we [18]   2/7 2/18 2/23 3/13 4/5
  4/9 4/17 5/10 16/23 20/1 20/3
  21/2 22/4 22/15 24/4 27/25 30/5
  30/24
We'd [1]   28/7
we'll [5]   2/25 5/21 20/4 20/23
  31/13
we're [1]   5/21
we've [4]   5/8 7/16 16/16 27/25
Web [3]   4/1 4/2 17/18
Web site [3]   4/1 4/2 17/18
week [1]   4/5
weighs [1]   29/11
well [10]   10/16 12/21 15/2
  15/22 21/3 22/9 25/7 27/18
  28/16 30/5
went [7]   8/24 13/5 13/9 13/12
  13/19 16/15 17/13
were [13]   6/10 10/21 11/1 11/4
  12/16 13/1 14/3 17/19 21/13
  23/19 26/2 27/25 31/9
what [14]   6/8 7/11 7/12 10/23
  11/8 11/17 16/14 19/7 24/6
  24/20 26/16 26/25 29/3 29/15
what's [3]   8/17 25/1 25/21
whatever [2]   13/21 13/25
when [3]   12/5 14/11 14/21
whether [5]   11/12 16/5 19/6
  24/5 24/11
which [15]   2/15 2/16 9/21 10/1
  16/16 16/23 17/9 18/19 20/17
  22/18 25/18 26/1 26/3 27/13
  28/25
who [2]   13/12 18/5
whoever [1]   27/23
whole [1]   24/19
will [18]   4/25 5/6 5/9 5/12
  14/13 14/13 21/12 21/15 24/6
  27/15 29/20 29/23 30/12 30/17
  30/19 31/2 31/3 31/15
willing [4]   12/16 12/18 16/21
  21/1
willingness [1]   29/9
win [1]   18/12
winnings [1]   18/14
wire [3]   9/21 9/22 18/19
wire communication [1]   18/19
wish [3]   6/24 15/16 20/25
withdraw [2]   20/22 23/25
within [4]   22/13 28/22 30/11
  31/10
without [4]   11/3 12/19 29/1
  29/11
witness [2]   13/12 13/20
won't [2]   23/16 28/12
word [2]   24/19 24/19
words [4]   13/11 14/20 18/25
  23/3
works [1]   11/5
worldwide [1]   28/4
would [41]
wouldn't [1]   5/10
written [1]   26/11
wrote [1]   30/24

**Y**

year [9]   6/10 10/9 10/20 16/19
  20/16 21/16 23/9 23/12 29/21
yes [38]
you [167]
you'd [1]   28/13
you're [22]   4/14 7/9 7/12 7/22
  8/3 8/19 11/7 12/6 12/8 14/12
  14/17 16/9 16/12 16/13 16/17
  17/12 19/11 24/19 25/9 25/11
  25/12 25/13
you've [2]   12/7 17/9
your [99]
Your Honor [57]

**Z**

zero [1]   26/3
Zweizig [3]   1/23 32/2 32/6